THEODORE BUTTERFIELD et al., Respondents, *v.* HENRY E. OPPENHEIMER et al., Appellants.

(Argued October 7, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1892, which affirmed a judgment in favor of plaintiffs entered upon a verdict and affirmed an order denying a motion for a new trial.

*George Carlton Comstock* for appellant.

*William Townsend* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

PHILOMENA GIRALDO, an Infant, by Guardian, Respondent, *v.* THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.

(Argued October 7, 1892; decided October 25, 1892.)

APPEAL from judgment of the Supreme Court in the second judicial department, entered upon an order made December 7, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William N. Dykman* for appellant.

*John C. Kennedy* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, Ch. J., PECKHAM and GRAY, JJ., dissenting.
Judgment affirmed.